NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1281

ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC.,
and YALE UNIVERSITY,

Plaintiffs-Appellants,

v.

APPLERA CORP. and TROPIX, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Connecticut
in case no. 3:04-CV-929, Judge Janet Bond Arterton.

ON MOTION

ORDER

Upon consideration of the motions for an extension of time, until June 22, 2009, for the appellants to file their opening brief, and an extension of time, until August 18, 2009, for the appellees to file their brief,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

/s/ Jan Horbaly
_____          _____
Date                             Jan Horbaly
                                 Clerk

cc:    L. Gene Spears, Esq.
       Nicholas Groombridge, Esq.
s8